JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LA PRINTEX INDUSTRIES, INC., | ) | CASE NO. CV 08-03233-MMM(RCx) |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | ORDER DISMISSING CIVIL ACTION |
| BEALLS, INC., ET AL, | ) ) ) | |
| Defendant(s). | ) ) ) | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED:  August 24, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE